AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX XXXXXX Street, SE
Apartment #X
Washington, DC

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

### CASE NUMBER:

(Further described below)

I ____Christopher Fiorito_____ being duly sworn depose and say:

I am a(n)____Federal Bureau of Investigation_____ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location):
   Location is described as a brick multi-unit apartment building. The number "XXXX" are posted on the front entrance of the apartment building itself, in white and affixed to the brown placard.  Apartment #X has a brown door with a metallic door knocker.  The number "X" is located on the center of the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title _21_ United States Code, Section(s) _841 (a)(1) & 846_ .  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Sworn to before me, and subscribed in my presence

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

at Washington, D.C.

_____
Signature of Judicial Officer